OPINION — AG — ** MEMORANDUM ** W. A. GRAHAM MEMORIAL CHAPEL, WHITAKER STATE ORPHAN HOME, PRYOR, OKLAHOMA — USING STATE FUNDS FOR THE CONSTRUCTION OF A CHAPEL FROM FUNDS BELONGING TO THE OKLAHOMA PUBLIC TRUST WOULD VIOLATE THE SEPARATE OF CHURCH AND STATE. (PUBLIC FUNDS, CHURCH RELIGION, CONSTRUCTION, BUILDING, SITE, PROPERTY, USE THEREOF, TAXES) CITE: ARTICLE II, SECTION 5, ARTICLE X, SECTION 31, 60 O.S. 381 [60-381], 60 O.S. 392 [60-392] (JAMES C. HARKIN)